UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA LUCIANO,

Plaintiff,

-against-

CHIEF HANKS; P.O. WHELAN; P.O. LOPARRINO; GARNET HEALTH MEDICAL CENTER; DR. MOATAZ HAGGAG; DR. MATTHEW MEIGH; RESIDENT NICOLE FERNANDEZ; RESIDENT EMMANUEL ILORI; DR. RAKHMATULLINA; DR. OLANREWAJU; DR. FAROOQI; DR. MAGINLEY; DR. SHIVACHANKAR, OF GARNET; MICHELLE DOE 1; MICHELLE DOE 2,

Defendants.

7:26-CV-2083 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

By order dated April 6, 2026, the Court directed *Access: Supports for Living*, or its counsel, to ascertain the identity of each "Michelle Doe" whom Plaintiff sought to sue and the address where each defendant may be served.  (ECF No. 12.)   The order required *Access: Supports for Living* to provide this information to Plaintiff and the Court within sixty days of the date of this order, *i.e.*, June 5, 2026.  (*Id.*; *see* ECF No. 18.)  On June 8, 2026, Plaintiff filed a letter alerting the Court that *Access: Supports for Living* had failed to identify the "Michelle Doe" defendants per the Court's prior order.  (ECF No. 20.)

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and that defendant's service address.  121 F.3d 72, 76 (2d Cir. 1997).  Accordingly, *Access: Supports for Living* must provide the information specified in the Court's prior order, (ECF No. 12), or show cause why it should not be held in contempt for violating this order, by no later than July 15, 2026.  Plaintiff must file her amended

complaint naming the "Michelle Doe" defendant(s) within thirty days of receiving this information.  Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named "Michelle Doe" Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is respectfully directed to mail a copy of this order to *Access: Supports for Living* at: 15 Fortune Road West, Middletown, New York 10941.  The mailing should be by certified mail, return receipt requested, and the Clerk should indicate "Important Legal Matter" on the outside of the envelope.

SO ORDERED.

Dated:   June 15, 2026
         White Plains, New York

_____
CATHY SEIBEL
United States District Judge

2